UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL,

                Plaintiff,

   - against -

THE 616 COMICS LLC,

                Defendant.

23-cv-2391 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a pre-motion conference on **July 12, 2023 at 2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            July 6, 2023

                                                             John G. Koeltl
                                           United States District Judge