UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL,

                Plaintiff,

- against -

616 COMICS LLC,

                Defendant.

23-cv-2391 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by **August 2, 2023.** The amended complaint should be accompanied by a redline comparison between that amended and original complaints. The defendant should move or answer by **August 23, 2023.** If the defendant makes a motion, the plaintiff's response is due on **September 11, 2023,** and the reply is due on **September 23, 2023.** If the defendant files an answer, the parties shall file a Rule 26(f) report by **September 11, 2023.** For purposes of any motion to dismiss on jurisdictional grounds, the defendant may take jurisdictional discovery if the defendant wishes.

    The initial conference scheduled for August 2, 2023, at 12:30 p.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
            July 12, 2023

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge