```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

SANJAY SOOKUL,

                  Plaintiff,

  - against -

THE 616 COMICS LLC,

                  Defendant.

------------------------------------------------

23-cv-2391 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **September 15, 2023,** at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The defendant's time to respond to the amended complaint is **stayed** to a time to be set at a conference.

**SO ORDERED.**

Dated:    New York, New York
            August 24, 2023

                                        /s/ John G. Koeltl
                                            **John G. Koeltl**
                               **United States District Judge**