UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SANJAY SOOKUL on behalf of himself and all others similarly situated,

                Plaintiff,

                Case 1:23-cv-02391

-against-

THE 616 COMICS, LLC

                Defendant,

_____

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: September 14, 2023

| | |
|---|---|
| By: _____<br>Mars Khaimov, Esq.<br>Mars Khaimov Law, PLLC<br>Attorney for Plaintiff<br>100 Duffy Ave., Suite 510<br>Hicksville, NY 11801<br>T: 929-324-0717<br>mars@khaimovlaw.com | By: _____<br>Jason Mizrahi, Esq.<br>Levin-Epstein & Associates, P.C.<br>Attorney for Defendant<br>60 East 42nd Street, Suite 4700<br>New York, NY 10165<br>Office: (212) 792-0048<br>Email: Jason@levinepstein.com |